

**FILED**

### United States District Court
### Eastern District of California

JUL 3 1 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| BELKORP AG, LLC | |
|---|---|

Plaintiff(s)

Case Number: | 1:23-cv-00762-JLT-EPG |

v.

| VENTURE PRODUCTS, INC. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Gregory B. Whiston _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Belkorp AG, LLC

On ____09/19/2012____ (date), I was admitted to practice and presently in good standing in the

__Supreme Court of Missouri/Missouri Courts__ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:____07/28/2023____        Signature of Applicant: /s/ Gregory B. Whiston _____

**Pro Hac Vice Attorney**

Applicant's Name:             Gregory B. Whiston

Law Firm Name:               Seigfreid Bingham P.C.

Address:                           2323 Grand Boulevard, Suite 1000

City:                Kansas City            State:    MO       Zip:   64108

Phone Number w/Area Code:  (816) 421-4460

City and State of Residence:  Kansas City, MO

Primary E-mail Address:       gwhiston@sb-kc.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:         Mario M. Choi

Law Firm Name:               Donahue Fitzgerald LLP

Address:                           1999 Harrison Street, Suite 2600

City:                Oakland                State:    CA       Zip:    94612

Phone Number w/Area Code:  (510) 451-3300              Bar #    243409

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/31/23                        _____
                                                JUDGE, U.S. DISTRICT COURT